I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY Plaintiff
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 7/12/13

DEPUTY CLERK

JS-6 / ENTERED

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 1 2 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 1 2 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND E. PEYTON, <br><br>        Plaintiff, <br><br>    vs. <br><br>EDMUND G. BROWN, JR. et al., <br><br>        Defendants. | Case No. EDCV 13-0424-RGK (JPR) <br><br> **J U D G M E N T** |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: JUL 1 1 2013

                                              R. GARY KLAUSNER
                                              U.S. DISTRICT JUDGE