UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND E. PEYTON,<br><br>  Plaintiff,<br><br>  vs.<br><br>DAVE DAVEY, Warden, et al.,<br><br>  Defendants. | Case No. EDCV 13-0424-RGK (JPR)<br><br>**J U D G M E N T** |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: __6/8/15_____           _____
                                R. GARY KLAUSNER
                                U.S. DISTRICT JUDGE