# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND E. PEYTON,<br><br>             Plaintiff,<br><br>        v.<br><br>DAVE DAVEY et al.,<br><br>             Defendants. | Case No. EDCV 13-0424-RGK (JPR)<br><br>**J U D G M E N T** |

   Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 20, 2017

　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE